# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHN BRILEY
ADC #121521                                                                                      PETITIONER

VS.                             5:16CV00130 BSM/JTR

ARKANSAS DEPARTMENT
OF CORRECTION                                                                          RESPONDENT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

## I. Discussion

Pending before the Court is a § 2254 Petition for a Writ of Habeas Corpus filed by Petitioner, John Briley ("Briley"). *Doc. 1*.

On April 28, 2016, Briley initiated this habeas action, but neither paid the filing fee nor filed a motion to proceed *in forma pauperis*. *Doc. 1*. On May 16, 2016, the Court entered an Order informing Briley that, in order for this case to proceed, he must either pay the $5.00 filing fee, or file a motion to proceed *in forma pauperis*, by June 13, 2016. *Doc. 2*. The Order also informed Briley of his obligations as a *pro se* litigant under Local Rule 5.5(c)(2), and that his case could be dismissed, without prejudice, due to his failure to timely respond to "any communication from the Court[.]" *Id.*

On May 23, 2016, the Clerk's mailing of the Court's May 16, 2016 Order was returned "not deliverable" from ADC Wrightsville, indicating that Briley had been paroled. *Doc. 4*. Since that time, Briley has not taken any action in this case. Accordingly, the Court recommends that this action be dismissed, without prejudice, due to lack of prosecution. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b).

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT this habeas action be DISMISSED, WITHOUT PREJUDICE, due to lack of prosecution.

DATED this 8th day of July, 2016.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE