# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHN BRILEY                                                                                          PETITIONER
ADC #121521

v.                                      CASE NO.  5:16CV00130 BSM

ARKANSAS DEPARTMENT
OF CORRECTION                                                                                RESPONDENT

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray has been reviewed.  After careful consideration, the RD is hereby adopted in all respects and this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 2nd day of August 2016.

_____
UNITED STATES DISTRICT JUDGE